COSMOPOLITAN CREDIT CORPORATION, Respondent, *v.* MARVIN & DAVID REALTY CORPORATION, Appellant, Impleaded with Others.

*Mortgage — foreclosure — defense to action to foreclose corporate mortgage that consent in writing of two-thirds of stockholders had not been obtained.*

*Cosmopolitan Credit Corpn.* v. *Marvin & David Realty Corpn.*, 206 App. Div. 695, affirmed.

(Argued October 19, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 28, 1923, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to foreclose a mortgage. The complaint alleged the execution, acknowledgment and delivery on the 10th day of August, 1921, by the appellant, a domestic corporation, of a mortgage on real property owned by it, known by the street and number 418 Fourth avenue, in the borough of Manhattan, city of New York, to secure the payment of its indebtedness in the sum of $2,000, evidenced by its bond in said sum. The answer set up as an affirmative defense that the execution, acknowledgment and delivery of the mortgage was not in compliance with section 6 of chapter 61 of the Laws of 1909 known as the Stock Corporation Law, in that the consent in writing of two-thirds of the stockholders to the execution of the mortgage was not obtained, and that the mortgage was, therefore, void.

*Harry Yarm* and *Jacob J. Lesser* for appellant.

*Samuel Koffler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

33